Suzanne S. Storm
sstorm@attleseystorm.com
ATTLESEY | STORM, LLP
2552 Walnut Avenue, Suite 100
Tustin, CA 92780
Tel: (714) 508-4949

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLECTORS UNIVERSE, INC., a Delaware corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>BURNSVILLE COIN CO.; et al.<br><br>Defendant(s). | **CASE NUMBER**<br>SACV 10-01865 AG(VBKx)<br><br>**NOTICE OF DISMISSAL PURSUANT<br>TO FEDERAL RULES OF CIVIL<br>PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐   This action is dismissed by the Plaintiff(s) in its entirety.

☐   The Counterclaim brought by Claimant(s) _____ is
dismissed by Claimant(s) in its entirety.

☐   The Cross-Claim brought by Claimants(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐   The Third-party Claim brought by Claimant(s) _____ is
dismissed by the Claimant(s) in its entirety.

☑   **ONLY** Defendant(s) Burnsville Coin Co. _____

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
brought by Collectors Universe, Inc. _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| March 30, 2011 | /s/ Suzanne S. Storm |
| *Date* | *Signature of Attorney/Party* |

**NOTE:** *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*